NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HENRY E. GOSSAGE,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2014-3078

---

Petition for review of the Merit Systems Protection Board in No. SF-3330-14-0078-I-1.

---

**ON MOTION**

---

Before PROST, *Chief Judge*, WALLACH and CHEN, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Henry E. Gossage moves for reconsideration of the court's May 13, 2014 order dismissing his case for failure to pay the docketing fee, failure to file the Statement Concerning Discrimination, and failure to file a brief.  He

2                                                        GOSSAGE v. OPM

also moves to consolidate this petition with his other recent cases.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26